# ATTACHMENT A

## COUNT ONE

**Conspiracy to Distribute and Possession with Intent to Distribute Controlled Substances**

Beginning sometime in or about 2024, and continuing until in or about the date of filing of the Criminal Complaint, in the District of North Dakota, and elsewhere,

CHRISTOPHER LEE NESS

knowingly and intentionally combined, conspired, confederated, and agreed with others, both known and unknown, to distribute and possess with intent to distribute controlled substances, including 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

OVERT ACTS

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that conspirators distributed, and possessed with intent to distribute, a mixture and substance containing a detectable amount of methamphetamine in and near Bismarck and Fargo, North Dakota, and elsewhere;

2. It was further a part of said conspiracy that conspirators attempted to conceal their activities by, among other means, hiding controlled substances within motor vehicles and within various containers and objects;

3. It was further a part of said conspiracy that conspirators used United States currency to facilitate their drug trafficking conduct;

4. It was further a part of said conspiracy that conspirators would and did use telecommunication facilities, including cellular telephones and social media applications, to facilitate the distribution of controlled substances, and the collection and transmission of the proceeds of drug distribution activity;

5. It was further a part of said conspiracy that conspirators possessed firearms and ammunition to protect their supply of controlled substances and proceeds of drug trafficking activity, and to intimidate others; and

6. It was further a part of said conspiracy that conspirators traveled within and outside the State of North Dakota to acquire, transport and distribute controlled substances;

In violation of Title 21, United States Code, Section 846; Pinkerton v. United States, 328 U.S. 640 (1946).

## COUNT TWO

**Possession with Intent to Distribute Controlled Substances**

In or about October 2024, in the District of North Dakota, and elsewhere,

CHRISTOPHER LEE NESS,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.