AFFIDAVIT OF CASEY K. UHLER

Your Affiant is a Special Agent with the Department of Justice United States Drug Enforcement Administration and has been so employed since June 2023. Your Affiant is currently assigned to the Fargo Resident Office and charged with investigating drug trafficking and money laundering violations under Titles 18 and 21 of the United States Code. Your Affiant has received over four months of law enforcement training with an emphasis on drug trafficking, money laundering, undercover operations, and electronic and physical surveillance procedures at the DEA Academy in Quantico, VA. Your Affiant has been involved in numerous investigations dealing with the possession, manufacture, distribution, and importation of controlled substances.

Prior to employment with the DEA, your affiant was employed by the Bismarck Police Department from October 2020 to June 2023. Your affiant gained experience in multiple fields of criminal investigation during his employment with the Bismarck Police Department. Your affiant conducted multiple drug interdiction investigations, narcotic search warrants, overdose investigations, and narcotic interviews while employed with the Bismarck Police Department. Your affiant completed a three-month academy with at the North Dakota Law Enforcement Training Academy from February 2021 to April 2021 and received his POST certification in the State of North Dakota.

Since this affidavit is for a limited purpose, I have not included every fact I know about this investigation. I set forth only facts necessary to establish foundation for the requested order. Conversations and discussions below are set forth in substance unless noted. My interpretations of certain statements are set forth in parentheses or brackets, and are based upon my knowledge of this investigation. Dates and times are approximate.

On October 3, 2024, at approximately 1:35 PM, Officer Trae Steckler of the Bismarck Police Department conducted a traffic stop on a 2010 Black Mercedes-Benz 350 for a registration violation in Bismarck, North Dakota. The driver identified himself as Christopher Lee NESS and the occupants of the vehicle identified themselves as [unindicted co-conspirator #1], [unindicted co-conspirator #2], and [unindicted co-conspirator #3]. While Officer Steckler was completing the traffic stop, Bismarck Police Sergeant Garner Jones arrived at the traffic stop. Sergeant Jones and his Police K9 completed a free air sniff of the vehicle in which K9 Titan indicated to the odor of narcotics.

At this time, Officer Steckler completed a search of the vehicle driven by NESS. In the front passenger seat area, Officer Steckler located a lunch box and a safe. Inside of the lunch box, Officer Steckler located approximately 1 pound of suspected methamphetamine, a small amount of marijuana, various drug paraphernalia, a folded $100 bill with approximately 3 grams of suspected methamphetamine and a prescription pill bottle prescribed to Ness. Officer Steckler also located a brown backpack in the vehicle. Inside of the brown backpack, Officer Steckler located a 9mm Taurus handgun

with an empty chamber and fully loaded magazine, and approximately $25,000 in cash in various denominations. Officer Steckler also located court paperwork belonging to NESS in the backpack. Officer Steckler also searched the safe that was located at the feet of where [unindicted co-conspirator #1] was sitting. Inside of the safe, Officer Steckler located approximately 50 grams of suspected fentanyl powder, 31 suspected MDMA pills, 50 grams of suspected methamphetamine, 9 pink suspected fentanyl pills and 50 blue suspected fentanyl pills, 4 grams of marijuana, 0.5 grams of suspected cocaine, various drug paraphernalia and a digital key chain with [unindicted co-conspirator #1]'s first name displayed. During a Mirandized interview, [unindicted co-conspirator #1] stated that the safe belonged to [unindicted co-conspirator #1] but that Ness also used the safe.

Subsequent to the traffic stop, NESS was interviewed by Bismarck Police Detective Jeremy Seeklander. Detective Seeklander reminded NESS of his Miranda warnings. During this interview, NESS admitted trafficking multiple pounds of methamphetamine (i.e., more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine) into the Fargo/Moorhead area in North Dakota for further distribution.

Based upon training, education and experience, your Affiant knows that Methamphetamine is a synthetic drug classified as a central nervous system stimulant. Methamphetamine is a Schedule II controlled substance. The drug is primarily manufactured in Mexico in clandestine laboratories by large drug trafficking organizations, known as "Cartels." After the manufacturing process is completed, the methamphetamine is then smuggled into the United States for distribution. A common weight at the distribution point is one pound, or approximately 453 grams. Methamphetamine can be purchased in the border states, such as California, Arizona, and Texas, for approximately $400 to $700 a pound. Methamphetamine can be sold in in North Dakota for approximately $8,000 to $11,000 per pound. Quantities such as an ounce (or 28.35 grams) or more of methamphetamine may be broken down, packaged / re-packaged and sold to local users at a substantial profit. End users of methamphetamine will typically ingest between 1/4 gram and 1 gram at one time. Methamphetamine is typically smoked, injected or swallowed by end users. Typical end users of methamphetamine do not possess pound (or greater) quantities of methamphetamine as it is cost-prohibitive to acquire such quantities for end users who are not otherwise involved in distribution.

Based upon the foregoing, Your Affiant believes probable cause exists to support a finding that Christopher Lee NESS has conspired with others to distribute and possess with intent to distribute controlled substances and was in possession with intent to distribute controlled substances.

Furthermore, Your Affiant sayeth naught.

Dated this 14th day of November 2024.

Casey K. Uhler
DEA Special Agent
Fargo Resident Office

Subscribed and sworn to before me this 14 day of November, 2024.

Clare R. Hochhalter
United States Magistrate Judge