AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of North Dakota

United States of America
v.
Christopher Lee NESS

*Defendant*

Case No. 1:24-mj-735

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Christopher Lee NESS
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Possession with Intent to Distribute Controlled Substances
Aiding and Abetting

Date: Nov. 14, 2024

*Issuing officer's signature*

City and state: Bismarck, North Dakota

Clare R. Hochhalter, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/14/24, and the person was arrested on *(date)* 11/14/24
at *(city and state)* Fargo ND

Date: 11/15/24

on behalf of DEA
*Arresting officer's signature*

Dan Walkewicz DUSM
*Printed name and title*